# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TAMARA DANIKA JEFFERSON,

Appellant,

v.

QUINTON JEFFERSON, JR.,

Appellee.

No. 2D2024-2375

_____

November 21, 2025

Appeal from the Circuit Court for Hillsborough County; Wendy J. DePaul, Judge.

Ama N. Appiah of Law Office of Ama N. Appiah, P.A., St. Petersburg, for Appellant.

Angela L. Leiner and Richard J. Mockler of Mockler Leiner Law, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.